**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6241

TODD GIFFEN,

Petitioner – Appellant,

v.

JOSEPH BIDEN; MERRICK GARLAND; WARDEN, BUTNER FEDERAL
MEDICAL CENTER,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Terrence W. Boyle, District Judge.  (5:23-hc-02013-BO-RJ)

Submitted:  August 29, 2023                               Decided:  September 1, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Todd Michael Giffen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd Michael Giffen appeals the district court's order dismissing his 28 U.S.C. § 2241 petition without prejudice for failure to comply with the magistrate judge's order. We have reviewed the record and find no reversible error.  Accordingly, we deny Giffen's motion to appoint counsel and for emergency release and affirm the district court's order. *Giffen v. Biden*, No. 5:23-hc-02013-BO-RJ (E.D.N.C. Feb. 22, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2